No. 93–600.  JOHN MORRELL & CO. v. UNITED FOOD & COM-
MERCIAL WORKERS INTERNATIONAL UNION, LOCAL 304A, ET AL.
C. A. 8th Cir.  Certiorari denied.

No. 93–601.  MOYER PACKING CO. ET AL. v. PETRUZZI'S IGA
SUPERMARKETS, INC.  C. A. 3d Cir.  Certiorari denied.

No. 93–610.  McDONALD v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 93–616.  UNITED KEETOOWAH BAND OF CHEROKEE INDI-
ANS v. OKLAHOMA TAX COMMISSION.  C. A. 10th Cir.  Certiorari
denied.

No. 93–624.  ORR v. GENERAL MOTORS CORP., R. P. A.,
DAYTON-NORWOOD OPERATION.  C. A. 6th Cir.  Certiorari de-
nied.

No. 93–625.  SCHMIDLING ET AL. v. CITY OF CHICAGO.  C. A.
7th Cir.  Certiorari denied.

No. 93–647.  MAGNOLIA BAR ASSN., INC., ET AL. v. HAWKINS
ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–649.  HOLDEN v. REGIONAL AIRPORT AUTHORITY OF
LOUISVILLE AND JEFFERSON COUNTY, KENTUCKY.  C. A. 6th Cir.
Certiorari denied.

No. 93–664.  KIRATLI v. ERSAN RESOURCES, INC., ET AL.; and
OZEY v. ERSAN RESOURCES, INC., ET AL.  C. A. 4th Cir.  Certio-
rari denied.

No. 93–5096.  MULLINS v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 93–5099.  KIRSH ET VIR v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 93–5171.  KNIGHT v. GOVERNMENT OF THE VIRGIN IS-
LANDS.  C. A. 3d Cir.  Certiorari denied.

No. 93–5284.  JOHNSON-JOHNSON v. UNITED STATES.  C. A.
9th Cir.  Certiorari denied.